# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: <u>3:19−mj−00339−BK−1</u>

| | |
|---|---|
| Case title: USA v. Bryant | Date Filed: 04/16/2019 |
| Other court case number: 1:19−MJ−81 USA vs. Daniel Clayton Bryant | Date Terminated: 04/16/2019 |

Assigned to: Magistrate Judge Renee Harris Toliver

**Defendant (1)**

**Daniel Clayton Bryant**  represented by  **Federal Public Defender**
*TERMINATED: 04/16/2019*          Federal Public Defender − Dallas
                                  525 Griffin St
                                  Suite 629
                                  Dallas, TX 75202
                                  214−767−2746
                                  Fax: 214−767−2886
                                  Email: jason_hawkins@fd.org
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*
                                  *Designation: Federal Public Defender Appointment*
                                  *Bar Status: Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1201 Kidnapping; 18:2113(a) and (e) Bank Robbery and Extortion | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Myria Wynn Boehm−DOJ**<br>United States Attorney's Office<br>Northern District of Texas<br>1100 Commerce Street<br>Third Floor<br>Dallas, TX 75242<br>214−659−8600<br>Fax: 214−659−8812<br>Email: myria.boehm@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br>*Bar Status: Not Admitted* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/16/2019 | 1 | 3 | Rule 5 Appearance as to Daniel Clayton Bryant (1). (mcrd) (Entered: 04/16/2019) |
| 04/16/2019 | 2 | 4 | MOTION for Pretrial Detention filed by USA as to Daniel Clayton Bryant. (mcrd) (Entered: 04/16/2019) |
| 04/16/2019 | 3 | 7 | Minute Entry for proceedings held before Magistrate Judge Renee Harris Toliver: Initial Appearance as to Daniel Clayton Bryant held on 4/16/2019. Defendant requested appointed counsel and the FPD was appointed. Defendant requested his hearings be held in originating district. Defendant remanded. Date of Arrest: 4/16/2019 Location interval set to: LO. Attorney Appearances: AUSA − Myria Boehm; Defense − Courtney Stamper. (No exhibits) Time in Court − :04. (Court Reporter: Digital File) (Interpreter N/A.) (USPO Siegel.) (mcrd) (Entered: 04/16/2019) |
| 04/16/2019 | 4 | | (Document Restricted) CJA 23 Financial Affidavit by Daniel Clayton Bryant. (mcrd) (Entered: 04/16/2019) |
| 04/16/2019 | 5 | 14 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Daniel Clayton Bryant. Federal Public Defender for Daniel Clayton Bryant appointed. (Ordered by Magistrate Judge Renee Harris Toliver on 4/16/2019) (mcrd) (Entered: 04/16/2019) |
| 04/16/2019 | 6 | 15 | WAIVER of Rule Rule 5 and 5.1 Hearings by Daniel Clayton Bryant. (mcrd) (Entered: 04/16/2019) |
| 04/16/2019 | 7 | 16 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Daniel Clayton Bryant. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Eastern District of Tennessee, Chattanooga Division. (Ordered by Magistrate Judge Renee Harris Toliver on 4/16/2019) (mcrd) (Entered: 04/16/2019) |

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Myria Wynn Boehm-DOJ (caseview.ecf@usdoj.gov, lee.m.elder@usdoj.gov,
myria.boehm@usdoj.gov, pamela.gray@usdoj.gov, phelesa.guy@udsoj.gov,
rick.calvert@usdoj.gov, stephanie.chavez@usdoj.gov), Magistrate Judge Renee Harris Toliver
(eduardo_mendoza@txnd.uscourts.gov, jane_amerson@txnd.uscourts.gov,
judge_toliver_ecfdocs@txnd.uscourts.gov, lina_figari@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11464020@txnd.uscourts.gov
Subject:Activity in Case 3:19-mj-00339-BK USA v. Bryant Other MJ Case Initiating Documents
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

## U.S. District Court

## Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 4/16/2019 at 9:26 AM CDT and filed on 4/16/2019

**Case Name:**          USA v. Bryant
**Case Number:**        3:19−mj−00339−BK
**Filer:**
**Document Number:**  1(No document attached)
**Docket Text:**
Rule 5 Appearance as to Daniel Clayton Bryant (1). (mcrd)


**3:19−mj−00339−BK−1 Notice has been electronically mailed to:**

Myria Wynn Boehm−DOJ     myria.boehm@usdoj.gov, CaseView.ECF@usdoj.gov, lee.m.elder@usdoj.gov, pamela.gray@usdoj.gov, phelesa.guy@udsoj.gov, rick.calvert@usdoj.gov, stephanie.chavez@usdoj.gov

**3:19−mj−00339−BK−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL CLAYTON BRYANT | NO.  3:19-MJ-339 BK |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Daniel Clayton Bryant**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

  ____ Crime of violence (18 U.S.C. §3156);

  ____ Maximum sentence life imprisonment or death

  ____ 10 + year drug offense

  ____ Felony, with two prior convictions in above categories

  _X_ Serious risk defendant will flee

  ____ Serious risk obstruction of justice

  ____ Felony involving a minor victim

  ____ Felony involving a firearm, destructive device, or any other dangerous weapon

  ____ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

  __X__  Defendant's appearance as required

  __X__  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

  _____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

  _____  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

  _____  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

  _____  Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

  _____  At first appearance

  __X__  After continuance of __3__ days (not more than 3).

**Motion for Detention - Page 2**

DATED this \_\_16th\_\_ day of \_\_April\_, 2019.

        Respectfully submitted,

        ERIN NEALY COX
        UNITED STATES ATTORNEY

        *s/ Myria Boehm*
        MYRIA BOEHM
        Assistant United States Attorney
        Texas Bar No. 24069949
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242
        Telephone: 214.659.8821
        Facsimile: 214.659.8803

**Motion for Detention - Page 3**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JUDGE: RENEE HARRIS TOLIVER | |
| DEPUTY CLERK: J. Amerson | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 4 min |
| A.M. P.M. 1:00 | DATE: April 16, 2019 |

☐ MAG. NO.   ☐ DIST. CR. NO. 3:19-mj-00339-BK     USDJ Magistrate Judge Renee Harris Toliver

UNITED STATES OF AMERICA            Myria Boehm , AUSA

v.                                  _____ ☐

                                    Courtney Stamper ☐
DANIEL CLAYTON BRYANT (1)           COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☒ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 04/16/2019 ☐ SURRENDER _____
☒ RULE 5/32 ☐ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☒ REQUESTS APPOINTED COUNSEL.
☒ FINANCIAL AFFIDAVIT EXECUTED.
☒ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☐ DEFT ☐ MW REMANDED TO CUSTODY.
☒ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☒ WAIVER OF ☐ PRELIMINARY HEARING ☒ RULE 5/32 HEARING ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 16 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED
APR 15 2019
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | |
|---|---|
| United States of America<br>v.<br><br>DANIEL CLAYTON BRYANT<br>_Defendant(s)_ | )<br>)<br>)  Case No. 1:19-mj- 81<br>)<br>)  3:19-MJ- 339 BC<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 1, 2019 - April 3, 2019__ in the county of __Hamilton__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1201 | Kidnapping |
| 18 USC § 2113(a) and (e) | Bank Robbery and Extortion |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew Hennessee, Task Force Officer, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: April 15, 2019 @ 11:42 Am.

_Judge's signature_

City and state: __Chattanooga, Tennessee__   Susan K. Lee, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Matthew Hennessee, being first duly sworn, hereby depose and state as follows:

1. I am a Task Force Officer with the Federal Bureau of Investigation ("FBI"), and have been since May 2001. I have also been a police officer with the Chattanooga Police Department ("CPD") in Chattanooga, Tennessee since for approximately 24 years. During my tenure as an investigator assigned to narcotics and violent crime investigations, I have gained a working knowledge of narcotics trafficking methods and techniques as well as violent crimes, including armed bank robbery, kidnapping, firearms use, etc. I have been training to conduct federal criminal investigations, particularly with respect to violent crime, locating and acquiring evidence of criminal activity, including cellular telephones, and seizing evidence and assets related to/derived from such criminal activity.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that on or about April 1 through 3, 2019, DANIEL CLAYTON BRYANT ("BRYANT") violated Title 18, United States Code, Section 1201, that is, unlawfully seizing, confining, inveigling, decoying, kidnapping, abducting, or carrying away and holding for ransom or reward or otherwise any person who is willfully transported in interstate commerce Kidnapping; and Title 18, United States Code, Section 2113(a) and (e), that is, by force and violence, or by intimidation, taking or attempting to take from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or other thing of value belonging to, or in

the case, custody, control, management, or possession of, any bank, credit union, or any savings and loan association, and in committing the offense forces any person to accompany him without their consent.

4. On April 4, 2019, at approximately 1253 hours, officers with the Chattanooga Police Department responded to the Bank of America located at 3620 Tennessee Avenue, Chattanooga, Tennessee, in response to a report of a kidnapping. Once on-scene, officers made contact with the victim. The victim told officers that he had been taken against his will and forced to withdraw thousands of dollars from his bank account, and provided documentary evidence showing the transaction history proving the amount of money withdrawn. The CPD violent crimes unit responded and further interviewed the victim.

5. The victim stated that on Monday, April 1, 2019, at approximately 1200 hours, he dropped his pickup truck at Mountain View Chevrolet to have the vehicle serviced. The victim had recently purchased the truck at Mountain View Chevrolet after receiving a substantial financial settlement resulting from severe on-the-job injuries that caused him to have one leg amputated and left him paralyzed on one side. The victim was offered a ride home by a Mountain View salesman identified by the victim as BRYANT.

6. After the victim got into BRYANT's vehicle, BRYANT transported the victim against his will to the Bank of America branch located on Gunbarrel Road in Chattanooga, Tennessee. BRYANT threatened to kill the victim and his family if the victim did not withdraw money from the victim's account. Over the course of two days, between April 1 and April 3, 2019, BRYANT held the victim against his will and transported him to several bank branches in the Eastern District of Tennessee and elsewhere, forcing him to withdraw money from his account under fear of death. As a result of this threat, the victim did withdraw money from his

2

accounts at the Bank of Tennessee, Gunbarrel Road bank branch, as well as other bank locations, all of which were then federally insured by the Federal Deposit Insurance Corporation ("FDIC"), totaling approximately $199,000 in cash and cashier's checks made out to BRYANT.

7. During the kidnapping, BRYANT took the victim across state lines to a hotel room in or near Atlanta, Georgia, where BRYANT took the victim's cell phone and credit cards, and forced the victim to smoke crack cocaine, before returning the victim to Mountain View Chevrolet on April 3, 2019.

8. On April 5, 2019, the FBI obtained bank records from Pinnacle Bank related to the deposit of cashier's checks drawn upon the victim's Bank of America account and deposited into the account of BRYANT. As a result of this inquiry, the FBI learned that on April 1, 2019, Bryant deposited $23,000 into his Pinnacle Bank Account, which consisted of Bank of America Cashier's Check, No. 119200117771, issued from the Bank of America on Gunbarrel Road, Chattanooga, Tennessee, made out to BRYANT, in the amount of $12,000.00 drawn from the victim's account, plus $11,000 in cash. At the time he obtained the $12,000 cashier's check, BRYANT also forced the victim to withdraw $12,000 in cash from the victim's Bank of America account. On April 3, 2019, BRYANT deposited a Bank of America Cashier's Check, No. 1271921701, issued from the Bank of America at Arbor Place Mall in Douglasville, Georgia, made out to BRYANT, in the amount of $175,000 drawn from the victim's account into BRYANT's Pinnacle Bank Account.

9. The FBI began actively looking for BRYANT on April 4, 2019, the date the kidnapping report was taken, but, despite repeated telephone contact with law enforcement, BRYANT refused to turn himself into police, and told officers that he would have his attorney contact them at a later date. Your Affiant obtained search warrants for two cellular phones

3

believed to be used by BRYANT, and the FBI began tracking BRYANT's phone on April 9, 2019, and located him briefly in the Atlanta, Georgia area before he fled on Interstate 20 westbound. Additional tracking information led to the location and apprehension of BRYANT in Cedar Hill, Texas, on April 14, 2019.

10. On April 5, 2019, your Affiant obtained and served a seizure warrant for funds maintained in BRYANT's Pinnacle Bank Account, recovering approximately $288,000.

11. Based on the foregoing, your Affiant is of the opinion that there is probable cause to believe that DANIEL CLAYTON BRYANT violated Title 18, United States Code, Section 1201, that is, unlawfully seizing, confining, inveigling, decoying, kidnapping, abducting, or carrying away and holding for ransom or reward or otherwise any person who is willfully transported in interstate commerce Kidnapping; and Title 18, United States Code, Section 2113(a) and (e), that is, by force and violence, or by intimidation, taking or attempting to take from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or other thing of value belonging to, or in the case, custody, control, management, or possession of, any bank, credit union, or any savings and loan association, and in committing the offense forces any person to accompany him without their consent.

[SIGNATURES ON NEXT PAGE]

4

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
MATTHEW HENNESSEE
TASK FORCE OFFICER
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me this 15th day of April, 2019.

*[signature]*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

5

Case 1:19-mj-00081-SKL   Document 1   Filed 04/15/19   Page 6 of 6   PageID #: 6
Case 1:19-cr-00069-TRM-CHS   Document 5   Filed 04/16/19   Page 13 of 17   PageID #: 30   13

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| USA | ) | |
|     Plaintiff, | ) | |
|  | ) | |
| v. | ) | Case Number: 3:19−mj−00339−BK |
|  | ) | |
| Daniel Clayton Bryant | ) | |
|     Defendant. | ) | |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

Based on the defendant's sworn Financial Affidavit and representations in open court, the Court finds that the defendant is financially unable to obtain counsel. Pursuant to 18 USC § 3006A, the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the defendant for all proceedings, including any appeal.

SO ORDERED ON 4/16/2019.

Renee Harris Toliver
Magistrate Judge

Case 3:19-mj-00339-BK   Document 6   Filed 04/16/19   Page 1 of 1   PageID 13
Case 3:19-mj-00339-BK   Document 8   Filed 04/16/19   Page 15 of 17   PageID 30
AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:19-mj-00339-BK |
| | § | |
| v. | § | |
| | § | |
| DANIEL CLAYTON BRYANT (1) | § | Charging District's Case No. 1:19-MJ-81 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the Eastern District of Tennessee, Chattanooga Division USA vs. Daniel Clayton Bryant.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 16th day of April, 2019

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 16 2019
CLERK, U.S. DISTRICT COURT
Deputy

X /s/
Defendant's Signature

/s/ Courtney G. Stamper
Signature of defendant's attorney

Courtney G. Stamper
Printed name of defendant's attorney

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

      4/16/2019
      APR 16 2019

CLERK, U.S. DISTRICT COURT
By_____
        Deputy
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:19-mj-00339-BK |
| | § | Other Dist. Docket No. 1:19-MJ-81 |
| | § | Charge Pending: 18 USC 1201 & 2113(a) & (e) |
| v. | § | |
| | § | Eastern District of Tennessee |
| DANIEL CLAYTON BRYANT (1) | § | Chattanooga Division |

### REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
### AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of **18 USC 1201 Kidnapping and 18 USC 2113(a) and (e) Bank Robbery & Extortion.** Having been arrested in this district on a warrant issued on those charges, he appeared before me for proceedings as follows:

**Rule 5(c)(3)  Transfer**

☑ Defendant waived the requirement that a copy of the warrant be produced.
☐ The government has produced a copy of the warrant, and
☑ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:
    ☑ The defendant waived identity hearing.
    ☐ An identity hearing was conducted, and the defendant's identity was established.
☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:  Preliminary Hearing**

☐ No preliminary hearing is necessary because the defendant is charged by indictment.
☐ The defendant waived a preliminary hearing.
☑ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.
☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:
    ☐ There is probable cause to believe that the defendant committed the offense(s) charged.
    ☐ There is **NOT** probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)  Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.
☐ The defendant waived a detention hearing.
☑ The defendant elected to have a detention hearing in the district where the prosecution is pending.
☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:
    ☐ The defendant should be detained.
    ☐ The defendant should be released on bond.

ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

☑ You are commanded to transfer the above-named defendant forthwith to the district in which he/~~she~~ is charged and there deliver him/~~her~~ to the United States Marshal for that district or to some other officer authorized to receive him/~~her~~.
☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.
☐ It is ORDERED that this defendant be discharged.

DATE: 4/16/2019

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE