UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **1:19-cr-69** |
| **v.** | ) | |
| | ) | **Judge McDonough/Steger** |
| **DANIEL CLAYTON BRYANT** | ) | |

## UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

Comes the United States of America, by and through its United States Attorney J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and Assistant United States Attorney Christopher D. Poole, and, pursuant to Fed. R. Crim. P. 48(a), respectfully moves to dismiss this indictment without prejudice.

Based on upon further investigation of the facts of this case, the United States does not wish to move forward with this case at this time. The defendant still faces charges based on the facts underlying this indictment in state court. Obviously, this motion does not in any way affect those state charges.

For the foregoing reasons, the United States moves to dismiss this indictment without prejudice.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: **/s/ Christopher D. Poole**
Christopher D. Poole
Assistant United States Attorney
Chris.Poole@USDOJ.gov
TN BPR # 019155

1